## LAMAR *vs.* THE STATE OF GEORGIA.

1. There was no ruling, charge or decision in this case exception to which was not properly abandoned in this court.
2. The verdict may not have been required, but was sustained by the evidence.
3. This court cannot consider any errors not plainly specified in the bill of exceptions.   Code, §4251.
   Judgment affirmed.
   October 2, 1883.

HALL, Justice.

---

72a 205
d107 511

## HAZZARD *vs.* THE MAYOR, ETC., OF SAVANNAH.

There was no abuse of discretion in granting a new trial on the ground that the verdict was not supported by the evidence, the case being quite a weak one on the evidence.
Judgment affirmed.

January 9, 1884.

JACKSON, Chief Justice.

---

## GUNTER *vs.* MOONEY

72  205
Case 3
119  166

72  205
Case 3
122  601

72  205
Case 3
124  746

A woman and another entered into a written agreement on July 15, 1862, whereby the other party was to take the son of the woman, feed and clothe him, and give him a common school education, and a horse, bridle and saddle when he became twenty-one years of age; the son became of age in December, 1874, and brought suit in 1880, alleging a breach of the covenant, in that the person so agreeing had failed to give him a common school education:

*Held,* that the plaintiff could not maintain an action of covenant on the agreement set out, he not being a party or privy to the same, but a mere stranger, and the case was properly dismissed on demurrer.   1 Chitty Pl., 20, 3 and cit.

(*a.*) Section 2747 of the Code does not militate against this view.
Judgment affirmed.